STANDARD SURETY & CASUALTY COMPANY OF NEW YORK, Respondent, v. WILLIAM W. MALLEY, Doing Business as " WEB " MALLEY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur, except Lewis, J., who dissents and votes for reversal. (The order denies motion for an examination before trial in an action to recover insurance premiums.) Present —Taylor, Edgcomb, Thompson, Crosby and Lewis, JJ.

FRANCES WHITNEY, Appellant, v. LYRIC-ROCHESTER CORPORATION, Respondent.— Order of August 23, 1935, reversed on the law and motion denied, without costs. Appeals from orders of October 10, 1935, and November 1, 1935, dismissed in view of the decision on the appeal from order of August 23, 1935. Memorandum. While a judgment entered in any court on the order of the Appellate Division is, for the purpose of an appeal, a judgment of the Appellate Division, still we are of the opinion that for purposes unconnected with the appeal the judgment so rendered is a judgment of the court in which it is entered and a motion to vacate for irregularity or to amend can be made only in the Appellate Division or in the court in which the judgment is entered. The principle has no application to a motion incidental to an appeal from the judgment of the Appellate Division to the Court of Appeals. All concur. (The first order granted at a Special Term of the Supreme Court vacated a defective judgment of the Monroe County Court granting recovery upon an order of reversal by the Appellate Division. The other two orders deny motions for resettlement of previous order.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

EDWARD WHITNEY, Appellant, v. LYRIC-ROCHESTER CORPORATION, Respondent. — Same decision and like cause of action as in companion case last above. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

In the Matter of the Examination of LYRIC-ROCHESTER CORPORATION, Judgment Debtor, Respondent, in Proceedings Supplementary to Execution upon the Application of FRANCES WHITNEY, Judgment Creditor, Appellant, under a Judgment Recovered, etc.— Order reversed, without costs, in consequence of the determination on the two preceding appeals. All concur. (The order granted a motion to vacate an order for examination in supplementary proceedings.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

CHARLES HYMAN, Respondent, v. ISABELLE A. BERGER, Appellant.— Order modified by striking out all of the questions therein specified except question No. 7, and as modified affirmed, without costs. All concur. (The order directs defendant to answer certain questions in an examination before trial in an action for damages for personal injuries resulting from delivery to plaintiff of a poisonous drug by mistake.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

In the Matter of the Judicial Settlement of the Intermediate Account of ANNA BREWSTER WELLS, as Sole Surviving Trustee under the Will of HENRY BREWSTER, Deceased, and as Executor of CYRUS C. WELLS, Deceased, Late a Trustee of the Estate of HENRY BREWSTER, Deceased.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals granted. [See ante, pp. 190, 192.] Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.